USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MILTON WILLIAMS, *on behalf of himself and all others persons similarly situated*,

                Plaintiff,

v.

NEH, INC.,

                Defendant.

21-CV-513 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    On January 20, 2021, Plaintiff filed the complaint in this action. Dkt. 1. On January 21, 2021, an electronic summons was issued. Dkt. 5. Pursuant to Federal Rule of Civil Procedure 4, Plaintiff had until April 20 to serve process. Rule 4(m) provides that "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." *See* Fed. R. Civ. P. 4(m). However, "if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period." *See id*.

    Accordingly, no later than May 19, 2021, Plaintiff shall either file proof of service or a letter explaining why an extension of time to serve process should be granted. **Failure to do so will result in dismissal of this action.**

SO ORDERED.

Dated:    May 12, 2021
             New York, New York

                                              RONNIE ABRAMS
                                              United States District Judge